SAGARIA LAW, P.C.
SCOTT J. SAGARIA (State Bar No. 217981)
ELLIOT W. GALE (State Bar No. 263326)
JOE B. ANGELO (State Bar No. 268542)
SCOTT M. JOHNSON (State Bar No. 287182)
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
   ANALIZA ALANDY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANALIZA ALANDY, | Case No. 5:16-cv-02151-BLF |
| Plaintiff, | [Assigned to the Hon. Beth Labson Freeman] |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A., ERRONEOUSLY SUED AS JPMORGAN CHASE BANK, WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a) AND [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION LLC; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK; OCWEN LOAN SERVICING, LLC and DOES 1 through 100 inclusive, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Analiza Alandy ("Plaintiff"), through her counsel of record, hereby voluntarily dismisses all claims in this action *with prejudice* as to defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), pursuant to Fed. R. Civ. P. 41(a)(1). Chase has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Each party shall bear her/its own attorneys' fees and costs.

Dated: July 26, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE B. ANGELO
SCOTT M. JOHNSON

By: _/s/ Elliot Gale_
Elliot Gale

Attorneys for Plaintiff
ANALIZA ALANDY

### [PROPOSED] ORDER

Pursuant to the voluntary dismissal filed by Plaintiff, Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, is dismissed with prejudice. IT IS SO ORDERED.

Date: _____    By: _____
Hon. Beth Labson Freeman
Judge of the United States District Court
Northern District of California

NOTICE OF VOLUNTARY DISMISSAL OF CHASE BANK USA, N.A. WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 5:16-cv-02151-BLF

LA 51998271